DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH TOTTA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1052

[August 7, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Bober, Judge; L.T. Case No. 97-012026-CF10B.

Clayton R. Kaeiser, Miami, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed. See St. Louis v. State*, 985 So. 2d 16 (Fla. 4th DCA 2008); *Robinson v. State*, 784 So. 2d 1246 (Fla. 4th DCA 2001).

DAMOORGIAN, GERBER and FORST, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***